IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

K. T., a minor child by and
through his parent, David
Timmons as next friend and
natural guardian, and
DAVID TIMMONS, individually,

    Plaintiffs,

v.     Case No. 3:12cv348

UNITED STATES OF
AMERICAN,

    Defendant.

_____/

## ORDER CLOSING THE FILE

The parties have filed a Stipulation for Dismissal with prejudice. ECF No.72. The notice is effective without an order from the Court. See Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz, LLC,* 677 F.3d 1272 (11th Cir. 2002). Accordingly, the Clerk shall close the file.

**SO ORDERED on January 30, 2015.**

                                            **s/Mark E. Walker**
                                            **United States District Judge**